JACK SCHOENBAUM, Doing Business under the Name of FLATIRON WINDOW CLEANING COMPANY, Respondent, *v.* STEVE BOBALUC, Individually and as President of Window Cleaners Protective Union, Local No. 2, et al., Appellants.

Submitted November 15, 1937; decided November 16, 1937.

*Milton C. Weisman* for motion.

*Michael F. Pinto* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking and pay ten dollars costs within ten days, in which event the motion is denied.